# United States District Court
## Northern District of Indiana
## Hammond Division

UNITED STATES OF AMERICA

v.                                                                  Case No. 2:19-CR-1 JVB

MERNELIA PURDY

## ORDER

This matter is before the Court on the findings and recommendations of the Magistrate

Judge entered on February 12, 2019, on a plea of guilty by Defendant Mernelia Purdy (DE 8).

No objections have been filed to Magistrate Judge Martin's findings and recommendations.

Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the

guilty plea of Defendant Mernelia Purdy, and **FINDS** the Defendant guilty of the offense

charged in Count 1 of the information.

SO ORDERED on March 1, 2019.

s/ Joseph S. Van Bokkelen
Joseph S. Van Bokkelen
United States District Judge